IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERSKINE D. SALTER, :

   Petitioner, :
                                  CIVIL ACTION 13-0494-WS-M
v. :
                                  CRIMINAL ACTION 09-00024-WS-M
UNITED STATES OF AMERICA, :

   Respondent. :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Respondent's Motion to Dismiss (Doc. 69) be GRANTED and that Petitioner's Motion to Vacate (Doc. 65) be DENIED and DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 24th day of January, 2014.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE