```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

ERSKINE D. SALTER,                :

    Petitioner,               :
                                    CIVIL ACTION 13-0494-WS-M
v.                                :
                                    CRIMINAL ACTION 09-00024-WS-M
UNITED STATES OF AMERICA,         :

    Respondent.               :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Erskine D. Salter.

DONE this 24th day of January, 2014.


                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE