IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERSKINE D. SALTER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CRIM. ACT. NO. 1:09-cr-24-TFM-MU |
| | ) CIV. ACT. NO. 1:23-cv-80-TFM-MU |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Erskine Salter's petition under 28 U.S.C. § 2255 is hereby **DENIED**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 4th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE