AO 187 (Rev. 7/87) Exhibit

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     ALABAMA

UNITED STATES OF AMERICA

V.

ERSKINE D. SALTER

## EXHIBIT AND WITNESS LIST

Case Number: 1:09-cr-00024-TFM

| PRESIDING JUDGE Terry F. Moorer | | GOVERNMENT'S ATTORNEY Mike Anderson | | DEFENDANT'S ATTORNEY CheLea Tisdale | |
|---|---|---|---|---|---|
| TRIAL DATE (S) Revocation Hearing 3/13/26 | | COURT REPORTER Cheryl Powell | | COURTROOM DEPUTY Mary Ann Boyles | |

| GOVT NO. | DEF. NO. | DATE OFFERED | WITNESS | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | X | Video of incident (thunb dirve) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1